MICHAEL D. BRUNO (SBN: 166805)
JEROME SCHREIBSTEIN (SBN: 154051)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, HARRY LAMPIRIS, GARY A
JARVIS, and WALTER M. HOLLERAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI-HSUN DIN, as Successor in Interest to Richard Din, Deceased, and as Successor in Interest to Rey-Kung Din, Deceased,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HARRY LAMPIRIS, GARY A JARVIS, WALTER M. HOLLERAN and DOES 1 to 50,<br><br>Defendants. | CASE NO. C 13-1935 NC<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to Local Rule 7 of the United States District Court, for the Northern District of California, and this Court's Order dated May 7, 2013, plaintiff Wei-Hsun Din, as Successor in Interest to Richard Din, Deceased, and as Successor in Interest to Rey-Kung Din, Deceased, on the one hand, and defendants, the Regents of the University of California (the "Regents"), Harry Lampiris, Gary A. Jarvis, and Walter M. Holleran (collectively, the "Individual Defendants"), and the United States of America (the "USA"), on the other hand, through their respective counsel, hereby stipulate as follows:

1. This action was filed on April 26, 2013. The Individual Defendants, the Regents and the USA have been served or have accepted service of Summons and Complaint in this matter.

2. The action involves the death of Richard Din, and allegations that the defendants acted wrongfully in causing that death. Defendants contend that the Individual Defendants in this matter may have been acting within the scope of their federal employment with respect to the activities alleged in the Complaint. Defendants contend that if such employment is properly certified, the fact of such federal employment is dispositive as to their individual liability in that, under the Federal Tort Claims Act and the Westfall Act, they can have no individual liability. The Regents contend that since this defense will be legally dispositive and that there is no other basis for liability against it under the Complaint, it too will have a legally dispositive defense. Plaintiff disagrees with these assertions, and contends that the Individual Defendants were acting in multiple capacities. All parties to this action agree that this legal issue should be determined, if possible, prior to an initial joint case management conference and any further case management order. The parties have further agreed that, in connection with this Stipulation to continue the currently scheduled Case Management Conference, defendants shall provide certain initial disclosures regarding the employment relationship as to the Individual Defendants and the Regents and the USA.

3. In regards to the above matters, the parties have agreed to the following scheduling:

(a) On or before August 2, 2013, the USA and/or the Individual Defendants shall file their Rule 12 Motion raising the above-referenced defense;

(b) On or before August 9, 2013, the Regents shall file any supplemental, supporting or joinder papers relative to the Rule 12 Motion;

(c) On or before August 9, 2013, subject to any Protective Order, the Regents and the USA shall produce any non-privileged or otherwise protected documents demonstrating the employment relationship during 4/28/11 to 4/28/12 between the Individual Defendants and the Regents and the USA, including, but not limited to, employment agreements (redacted of any personal financial information) between the Individual Defendants and the Veterans Administration (the "VA"), or between the Individual Defendants and the University of California San Francisco ("UCSF"), with respect to the operation of the laboratory mentioned in

the Complaint; documents establishing a "joint VA/UCSF appointment" on the part of any Individual Defendant; and any contracts between the VA and UCSF concerning the operation of the laboratory;

(d) On or before August 30, 2013, plaintiff shall file his opposition to the Rule 12 Motion;

(e) On or before September 20, 2013, the defendants shall file any reply papers in support of the Rule 12 Motion;

(f) The parties request that on or before October 11, 2013, at 9:00 a.m., the Court shall hear the Rule 12 Motion; and

(g) The parties request that the currently scheduled August 9, 2013 Case Management Conference shall be re-scheduled to October 25, 2013 or a date that the Court finds appropriate.

IT IS SO STIPULATED

Dated: July 31, 2013         LAW OFFICE OF J. STEVEN KENNEDY

                             By:  /S/_____
                                  J. STEVEN KENNEDY
                             Attorneys for Plaintiff WEI-HSUN DIN, as
                             Successor in Interest to Richard Din, Deceased, and
                             as Successor in Interest to Rey-Kung Din, Deceased

Dated: July 31, 2013         GORDON & REES LLP

                             By:  /S/_____
                                  MICHAEL D. BRUNO
                                  JEROME SCHREIBSTEIN
                             Attorneys for Defendant
                             REGENTS OF THE UNIVERSITY OF
                             CALIFORNIA, HARRY LAMPIRIS, GARY A
                             JARVIS, and WALTER M. HOLLERAN

Dated: July 31, 2013         Office of the United States Attorney

                             By:  /S/_____
                                  ABRAHAM SIMMONS
                             Attorneys for Defendant
                             UNITED STATES OF AMERICA

## ORDER

**PURSUANT TO STIPULATION AND GOOD CAUSE OTHERWISE APPEARING, the Court Orders as follows:**

(a) On or before August 2, 2013, the USA and/or the Individual Defendants shall file their Rule 12 Motion;

(b) On or before August 9, 2013, the Regents shall file any supplemental, supporting or joinder papers relative to the Rule 12 Motion;

(c) On or before August 9, 2013, subject to any Protective Order, the Regents and the USA shall produce any non-privileged or otherwise protected documents demonstrating the employment relationship during 4/28/11 to 4/28/12 between the Individual Defendants and the Regents and the USA, including, but not limited to, employment agreements (redacted of any personal financial information) between the Individual Defendants and the Veterans Administration (the "VA"), or between the Individual Defendants and the University of California San Francisco ("UCSF"), with respect to the operation of the laboratory mentioned in the Complaint; documents establishing a "joint VA/UCSF appointment" on the part of any Individual Defendant; and any contracts between the VA and UCSF concerning the operation of the laboratory

(d) On or before August 30, 2013, plaintiff shall file his opposition to the Rule 12 Motion;

(e) On or before September 20, 2013, the defendants shall file any reply papers in support of the Rule 12 Motion;

(f) The Court shall hear the Rule 12 Motion on [October 11, 2013], at 9:00 a.m.; and

(g) The Case Management Conference is re-scheduled from August 9, 2013 to [~~October 25, 2013~~]. November 8, 2013 at 1:30 p.m.

Dated: August 5, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

4

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE
(CASE NO. C 13-1935 JW)