| | |
|---|---|
| 1 | J. STEVEN KENNEDY (State Bar No. 82066) |
| 2 | jsk@attorneykennedy.com<br>225 So. Lake Avenue, Suite 300 |
| 3 | Pasadena, California 91101-3009<br>Tel.  (626) 432-5440 |
| 4 | Fax  (626) 405-0226 |
| 5 | Attorney for Plaintiff Wei-Hsun Din,<br>as Successor In Interest to Richard Din, Deceased, |
| 6 | and as Successor In Interest to Rey-Kung Din, Deceased |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WEI-HSUN DIN, as Successor In Interest to Richard Din, Deceased, and as Successor In Interest to Rey-Kung Din, Deceased, | ) ) ) ) | CASE NO. C 13-01935 JSW<br>(Assigned to the Hon. Jeffrey S. White, United States District Judge) |
| Plaintiff, | ) ) | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING ON MOTIONS TO DISMISS** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HARRY LAMPIRIS, GARY A. JARVIS, WALTER M. HOLLERAN and DOES 1 to 50, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Local Rule 7-12 of the United States District Court, for the Northern District of California, plaintiff Wei-Hsun Din, as Successor in Interest to Richard Din, Deceased, and as Successor in Interest to Rey-Kung Din, Deceased, on the one hand, and defendants, the Regents of the University of California (the "UC"), Harry Lampiris, Gary A. Jarvis, and Walter M. Holleran (collectively, the "Individual Defendants"), and the United States of America (the "USA"), on the other hand, through their respective counsel, hereby stipulate as follows:

1. The defendants' Motions to Dismiss originally set for hearing on October 11, 2013, were continued to January 24, 2014, on the motion of the United States of America, in light of the government shutdown.

2. Counsel for plaintiff has a previously scheduled matter in the state court on January 24, 2014, and has requested that counsel for defendants stipulate to a short continuance of the January 24, 2014, hearing date.

3. The parties have therefore agreed, subject to the Court's approval, that the motions to dismiss now set for hearing on January 24, 2014, each be continued for hearing on January 31, 2014, at 8:30 a.m., in Courtroom 11.

IT IS SO STIPULATED.

Dated: October 22, 2013  LAW OFFICES OF J. STEVEN KENNEDY

By: /S/
    J. STEVEN KENNEDY
Attorney for Plaintiff Wei-Hsun Din, as
Successor In Interest to Richard Din, Deceased, and
as Successor In Interest to Rey-Kung Din, Deceased

Dated: October 22, 2013  GORDON & REES LLP

By: /S/
    MICHAEL D. BRUNO
    JEROME SCHREIBSTEIN
Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, HARRY LAMPIRIS, GARY A.
JARVIS, and WALTER M. HOLLERAN

Dated: October 22, 2013  MELINDA HAAG
United States Attorney

By: /S/
    ABRAHAM A. SIMMONS
    Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

**ORDER**

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN,**

It is so ordered. The motions to dismiss now set for hearing on January 24, 2014, are each February 21, 2014 at 9:00 a.m.
be continued for hearing on ~~January 31, 2014~~, at ~~8:30 a.m.~~, in Courtroom 11.

Dated: October 23, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE