1 J. STEVEN KENNEDY (State Bar No. 82066)
jsk@attorneykennedy.com
2 225 So. Lake Avenue, Suite 300
Pasadena, California 91101-3009
3 Tel. (626) 432-5440
Fax (626) 405-0226
4
Attorney for Plaintiff Wei-Hsun Din,
5 as Successor In Interest to Richard Din, Deceased,
and as Successor In Interest to Rey-Kung Din, Deceased
6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WEI-HSUN DIN, as Successor In Interest to Richard Din, Deceased, and as Successor In Interest to Rey-Kung Din, Deceased, | CASE NO. C 13-01935 JSW (Assigned to the Hon. Jeffrey S. White, United States District Judge) |
| 13  Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING HEARING ON MOTIONS TO DISMISS** |
| 14  vs. | |
| 15  UNITED STATES OF AMERICA, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HARRY LAMPIRIS, GARY A. JARVIS, WALTER M. HOLLERAN and DOES 1 to 50, | |
| 18  Defendants. | |

19

20  Pursuant to Local Rule 7-12 of the United States District Court, for the Northern District of

21 California, plaintiff Wei-Hsun Din, as Successor in Interest to Richard Din, Deceased, and as

22 Successor in Interest to Rey-Kung Din, Deceased, on the one hand, and defendants, the Regents of

23 the University of California (the "UC"), Harry Lampiris, Gary A. Jarvis, and Walter M. Holleran

24 (collectively, the "Individual Defendants"), and the United States of America (the "USA"), on the

25 other hand, through their respective counsel, hereby stipulate as follows:

26   1. The defendants' Motions to Dismiss originally set for hearing on October 11, 2013,

27 were continued to January 24, 2014, on the motion of the United States of America, in light of the

28 government shutdown.

2. Counsel for plaintiff has a previously scheduled matter in the state court on January 24, 2014, and has requested that counsel for defendants stipulate to a short continuance of the January 24, 2014, hearing date.

3. The parties have therefore agreed, subject to the Court's approval, that the motions to dismiss now set for hearing on January 24, 2014, each be continued for hearing on January 31, 2014, at 8:30 a.m., in Courtroom 11.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 22, 2013 | LAW OFFICES OF J. STEVEN KENNEDY |
| | By: /S/ |
| | J. STEVEN KENNEDY |
| | Attorney for Plaintiff Wei-Hsun Din, as Successor In Interest to Richard Din, Deceased, and as Successor In Interest to Rey-Kung Din, Deceased |
| Dated: October 22, 2013 | GORDON & REES LLP |
| | By: /S/ |
| | MICHAEL D. BRUNO |
| | JEROME SCHREIBSTEIN |
| | Attorneys for Defendants REGENTS OF THE UNIVERSITY OF CALIFORNIA, HARRY LAMPIRIS, GARY A. JARVIS, and WALTER M. HOLLERAN |
| Dated: October 22, 2013 | MELINDA HAAG United States Attorney |
| | By: /S/ |
| | ABRAHAM A. SIMMONS Assistant United States Attorney Attorneys for Defendant UNITED STATES OF AMERICA |

# ORDER

## PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN,

It is so ordered.  The motions to dismiss now set for hearing on January 24, 2014, are each February 21, 2014 at 9:00 a.m.
be continued for hearing on ~~January 31, 2014~~, at ~~8:30 a.m.~~, in Courtroom 11.

Dated: October 23, 2013

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE