J. STEVEN KENNEDY (State Bar No. 82066)
jsk@attorneykennedy.com
225 So. Lake Avenue, Suite 300
Pasadena, California 91101-3009
Tel.  (626) 432-5440
Fax  (626) 405-0226

Attorney for Plaintiff Wei-Hsun Din,
as Successor In Interest to Richard Din, Deceased,
and as Successor In Interest to Rey-Kung Din, Deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI-HSUN DIN, as Successor In Interest to Richard Din, Deceased, and as Successor In Interest to Rey-Kung Din, Deceased,<br><br>                Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, REGENTS OF THE UNIVERSITY OF CALIFORNIA, HARRY LAMPIRIS, GARY A. JARVIS, WALTER M. HOLLERAN and DOES 1 to 50,<br><br>                Defendants. | CASE NO. C 13-01935 JSW<br>(Assigned to the Hon. Jeffrey S. White, United States District Judge)<br><br>**AMENDED STIPULATION AND <s>PROPOSED</s> ORDER CONTINUING HEARING ON MOTIONS TO DISMISS** |

      Pursuant to Local Rule 7-12 of the United States District Court, for the Northern District of California, plaintiff Wei-Hsun Din, as Successor in Interest to Richard Din, Deceased, and as Successor in Interest to Rey-Kung Din, Deceased, on the one hand, and defendants, the Regents of the University of California (the "UC"), Harry Lampiris, Gary A. Jarvis, and Walter M. Holleran (collectively, the "Individual Defendants"), and the United States of America (the "USA"), on the other hand, through their respective counsel, hereby stipulate as follows:

      1. The hearing on defendants' Motions to Dismiss, originally set for October 11, 2013, was continued and rescheduled to February 21, 2014, due to the government shutdown.

      2. On February 18, 2014, the hearing on the Motions to Dismiss was continued to March

21, 2014, by Clerk's Notice, due to the illness of Judge Jeffrey S. White.

    3. Counsel for plaintiff has a previously scheduled matter in the Los Angeles Superior Court on March 21, 2014, and has requested that counsel for defendants stipulate to a continuance of the March 21, 2014, hearing date.

    4. The parties have therefore agreed, and hereby stipulate, subject to the Court's approval, that the Motions to Dismiss now set for hearing on March 21, 2014, each be continued for hearing on June 6, 2014, at 9:00 a.m., in Judge White's assigned Courtroom at the Oakland Courthouse, 1301 Clay Street, Oakland, California 94612.

    IT IS SO STIPULATED.

Dated: February 20, 2014    LAW OFFICES OF J. STEVEN KENNEDY

By: /S/
J. STEVEN KENNEDY
Attorney for Plaintiff WEI-HSUN DIN, as
Successor In Interest to Richard Din, Deceased, and
as Successor In Interest to Rey-Kung Din, Deceased

Dated: February 20, 2014    GORDON & REES LLP

By: /S/
MICHAEL D. BRUNO
JEROME SCHREIBSTEIN
Attorneys for Defendants
REGENTS OF THE UNIVERSITY OF
CALIFORNIA, HARRY LAMPIRIS, GARY A.
JARVIS, and WALTER M. HOLLERAN

Dated: February 20, 2014    MELINDA HAAG
United States Attorney

By: /S/
ABRAHAM A. SIMMONS
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

## ORDER

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN,**

It is so ordered. The Motions to Dismiss now set for hearing on March 21, 2014, are each be continued for hearing on June 6, 2014, at 9:00 a.m., in Courtroom  5  , at the Oakland Courthouse, 1301 Clay Street, Oakland, California 94612.

Dated: __February 24, 2014__

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE