**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   WEI-HSUN DIN,

10          Plaintiff,                          No. C 13-01935 JSW

11      v.

12   UNITED STATES OF AMERICA, et al.,          **ORDER OF DISMISSAL**

13          Defendants.
                                        /
14

15          The Court granted the motion to dismiss filed by the United States of America, Harry

16   Lampiris ("Lampiris"), Gary A. Jarvis ("Jarvis"), and Walter M. Holleran ("Holleran"), as well

17   as the motion to dismiss filed by defendants the Regents of California (the "Regents"),

18   Lampiris, Jarvis, and Holleran, but reserved ruling on whether the Court should dismiss or stay

19   this action.  The Court dismissed Lampiris, Jarvis, and Holleran as defendants from this lawsuit

20   and substituted in the United States in their place.  Moreover, the Court dismissed the Regents

21   because there was no basis upon which to hold the Regents liable in light of the dismissal of

22   Lampiris, Jarvis, and Holleran.

23          With respect to Plaintiff's claims against the United States, the Court provided Plaintiff

24   with an opportunity to demonstrate why his claims should be stayed, as opposed to dismissed.

25   ///

26   ///

27   ///

28   ///

1  On March 13, 2014, Plaintiff filed a document stating that he will not seek a stay of this action

2  as to the United States.  (Docket No. 39.)  Accordingly, the Court HEREBY DISMISSES this

3  action.

4       **IT IS SO ORDERED.**

5

6  Dated: March 18, 2014

7                                                              JEFFREY S. WHITE
                                                             UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2